# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
708 Third Avenue – 6th Floor

New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com

January 2, 2019

**BY ECF**

Hon. Peggy Kuo, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    ***Castaneda, et al. v. Natural Crop Inc., et al.***
> <u>***Case No. 17-CV-4258 (PK)***</u>

Dear Judge Kuo,

We are counsel to the plaintiffs in the above-referenced Fair Labor Standards Act matter. In accordance with the Court's directive, enclosed please find a revised settlement agreement, which the parties jointly request that the Court approve as fair and reasonable.

With respect to plaintiffs' counsel's request for legal fees and costs, the amounts set forth in the original and revised agreements remain unchanged. An accounting of counsel's costs are as follows:

- Filing Fee: $400
- Service of Process: $100
- Deposition Transcripts: $1,055 (invoices attached)
- Mediator Fee: $425 (checks attached)

Total Costs: $1,980

We removed the amount of the costs from the gross settlement amount(s) prior to calculating counsel's fee of 33.33% of the net settlement amount. The amount of the costs is then added to the amount of the fees.

For all of the reasons set forth in the parties' original motion for approval, the parties request that the Court approve the settlement and enter the previously provided Stipulation and Order of Dismissal, which expressly provides that the Court will retain jurisdiction over this matter solely for purposes of enforcing the settlement.

Hon. Peggy Kuo, U.S.M.J.
January 2, 2019
Page 2

We thank the Court for its continued attention to this matter.

Respectfully submitted,

Justin Cilenti

Enclosures

cc: Greg Capone, Esq. (by ECF)