UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSE CASTANEDA, on behalf of himself and others : Case No. 17-CV-4258
similarly situated, : (PK)
:
                              Plaintiff, : **STIPULATION AND**
: **ORDER OF DISMISSAL**
    -against-   :
:
NATURAL CROP INC. d/b/a GRASS ROOTS JUICERY, :
MARIANO DIAZ, and SABRINA L. DIAZ, :
:
                            Defendants. :
-----------------------------------------------------------------------X

      WHEREAS, on July 18, 2017, Plaintiffs filed a complaint, which asserted claims for, *inter alia*, unpaid minimum wages and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), and the New York Labor Law;

      WHEREAS, although commenced as a putative collective action under the FLSA, Plaintiffs did not seek certification and no individuals received notice of this action;

      WHEREAS, the parties settled this action based upon arms-length negotiations, the terms of which have been judicially reviewed and are deemed fair and reasonable, and are incorporated herein by reference; and

      WHEREAS, the United States District Court for the Eastern District of New York shall retain jurisdiction over all proceedings solely to enforce the terms of the settlement between the parties in this action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendants that this action is hereby dismissed and discontinued in its entirety with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: New York, New York
November 12, 2018

| | |
|---|---|
| CILENTI & COOPER, PLLC<br>*Attorneys for Plaintiff*<br>708 Third Avenue – 6th Floor<br>New York, New York 10017<br>(212) 209-3933 | KIDONAKIS & CORONA, PLLC<br>*Attorneys for Defendants*<br>1350 Avenue of the Americas, 4th Fl.<br>New York, New York 10019<br>(646) 389-3956 |
| By: _____<br>Justin Cilenti | By: /s/ Gregory Capone<br>Greg Capone |

SO ORDERED:

*Peggy Kuo*

Hon. Peggy Kuo, U.S.M.J.
Dated: Brooklyn, NY
January 8, 2019